IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00697-M-RJ

GRAY WOLF INVESTMENTS, LLC,

    Plaintiff,

v.

DREAM FINDERS HOMES LLC,

    Defendant.

ORDER

This matter comes before the court on the parties' Joint Motion to Remand [DE 11]. They advise, and Plaintiff's financial disclosure corroborates, that complete diversity does not exist between the parties. *Id.* at 2; DE 10 at 2. The motion is therefore GRANTED, and this matter is REMANDED to the Johnston County Superior Court for further proceedings.

SO ORDERED this 17th day of November, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE