UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GRAY WOLF INVESTMENTS, LLC, | |
| Plaintiff, | |
| vs. | **JUDGMENT**<br>**CASE NO. 5:25-CV-697-M** |
| DREAM FINDERS HOMES, LLC | |
| Defendant. | |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** this matter comes before the court on the parties' Joint Motion to Remand [DE 11]. They advise, and Plaintiffs financial disclosure corroborates, that complete diversity does not exist between the parties. *Id.* at 2; DE 10 at 2. The motion is therefore GRANTED, and this matter is REMANDED to the Johnston County Superior Court for further proceedings.

This Judgment filed and entered on November 19, 2025, and copies to:
Samuel Allen Slater (via CM/ECF electronic notification)
Josey Neweman (via CM/ECF electronic notification)
Nishma Patel (via CM/ECF electronic notification)

November 19, 2025

Peter A. Moore, Jr.
Clerk of Court

By: Susan Edwards
Deputy Clerk